# THE STATE OF SOUTH CAROLINA
## In The Supreme Court

The State, Respondent,

v.

James Elbert Daniels, Jr., Petitioner.

Appellate Case No. 2023-001170

---

## ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

---

Appeal From Horry County
Robert E. Hood, Circuit Court Judge

---

Opinion No. 28268
Heard March 11, 2025 – Filed March 19, 2025

---

## CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED

---

Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson, Deputy Attorney General Donald J. Zelenka, Senior Assistant Deputy Attorney General Melody Jane Brown, and Senior Assistant Attorney General J. Anthony Mabry, all of Columbia; and Solicitor Jimmy A. Richardson, II, of Conway, all for Respondent.

---

**PER CURIAM:** We granted certiorari to review the court of appeals' decision in *State v. Daniels*, 439 S.C. 500, 888 S.E.2d 9 (Ct. App. 2023). After careful consideration of the Appendix and briefs, the writ of certiorari is

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**KITTREDGE, C.J., FEW, JAMES, HILL and VERDIN, JJ., concur.**